## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| LAUREL ELDERKIN-GRAHAM, et al, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil 10-387-P |
| GENERAL ELECTRIC COMPANY, et al, | ) ) |
| Defendants. | ) |

## ORDER OF RECUSAL

In accordance with the provisions of 28 U.S.C. § 455, I hereby recuse myself from presiding in this matter.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated: September 20, 2010